**Order entered September 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01061-CR
No. 05-11-01062-CR

**ARMANDO FERMIN SOTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F10-19502-H, F10-19503-H**

## ORDER

The Texas Court of Criminal Appeals granted appellant habeas corpus relief allowing him to file an out-of-time pro se response to the *Anders* brief filed by counsel. By letter dated June 11, 2015, this Court sent appellant a complete copy of the record and notified him that his pro se response was due within forty-five days of the date the court of criminal appeals issued its mandate. The mandate issued on July 7, 2015, making appellant's response due by August 21, 2015. On July 15, 2015, we granted appellant an extension until October 15, 2015 to file his pro se response. The Court now has before it appellant's September 25, 2015 request for an additional sixty-day extension of time to file his pro se response. We **DENY** the request for an additional sixty days to file a pro se response.

We **ORDER** appellant to file his pro se response by **NOVEMBER 13, 2015**. No further extension requests will be entertained. If the pro se response is not received by November 13, 2015, the appeals will be resubmitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Armando Soto, TDCJ No. 1740241, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas 75884.

We **DIRECT** the Clerk to send a copy of this order to the Dallas County District Attorney's Office.

/s/    ELIZABETH LANG-MIERS
       JUSTICE